IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>      v.<br><br>$60,753 IN FUNDS SEIZED FROM<br>SUNTRUST BANK ACCOUNT NO.<br>ENDING IN 5635, HELD IN NAME<br>LLOYD A. SAMUEL, III,<br>      Defendant. | Civil Action No. 1:13cv273 |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

Upon consideration of the November 18, 2013 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the November 18, 2013 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant.

It is further **ORDERED** that a Final Order of Forfeiture is hereby **ISSUED** vesting in the plaintiff all right, title, and interest in the defendant funds—namely the $60,753 in funds from SunTrust Bank account no. ending in 5635, held in name Lloyd A. Samuel, III, previously seized pursuant to a federal seizure warrant—and the defendant funds are accordingly **FORFEITED** to the United States of America.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Order to the Magistrate Judge and all counsel of record.

Alexandria, VA
December 12, 2013

/s/
T. S. Ellis, III
United States District Judge